5/21/05

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

Ronald Allen GRECULA

United States Courts
Southern District of Texas
FILED

MAY 21 2005

Michael N. Milby, Clerk of Court

## CRIMINAL COMPLAINT

CASE NUMBER: H-05-453M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about __April 27, 2005 through May 20, 2005__ in ___Harris___ County, in the___Southern___ District of __Texas and elsewhere__ defendant(s) did, knowingly attempt to provide material support and resources to a designated foreign terrorist organization, namely; Al-Qaida, in violation of Title __18__ United States Code, Section(s) __2339B and 2__.

I further state that I am a(n)___FBI Special Agent___ and that this complaint is based on the
                              Official Title
following facts:

See attached Affidavit in Support of Criminal Complaint

Continued on the attached sheet and made a part hereof:   _X_ Yes ___ No

_____
Lisa R. Baldwin
Signature of Affiant

Sworn to before me and subscribed in my presence,
and I find probable cause

_May 21, 2005_____   at   _____Houston, Texas_____
Date                                  City and State

Nancy Johnson
United States Magistrate Judge              _____
Name and Title of Judicial Officer          Signature of Judicial Officer

# AFFIDAVIT OF PROBABLE CAUSE

I, Lisa R. Baldwin, having been first duly sworn, do hereby depose and state as follows:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI). I have been a Special Agent since June of 2004. Prior to being employed by the FBI, I served in the United States Army as a Military Police Officer and a Quartermaster Officer for a total of eight years. I am currently assigned to the Houston Division. As a Special Agent of the FBI, I investigate violations of federal statutes, to include bomb threats, the mailing of threatening communications, and providing material support or resources to designated foreign terrorist organizations.

2. The statements contained in this affidavit are based on the Affiant's personal knowledge and/or information provided to the Affiant by other law enforcement agents and cooperating individuals Affiant believes to be reliable and credible. Because this Affidavit is being submitted for the limited purpose of supporting a criminal complaint, Affiant has not included each and every fact known concerning this investigation. Affiant has set forth only the facts believed to establish probable cause that RONALD ALLEN GRECULA committed violations of Title 18, United States Code, Section 2339B.

3. At all times material to this Affidavit in Support of Criminal Complaint:

a. Al-Qaida was an international terrorist group dedicated to opposing non-Islamic governments with force and violence. On October 8, 1999, Al-Qaida was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, and was designated as such on or about October 5, 2001. Additionally, Al-Qaida was redesignated a second time on October 2, 2003.

# DETAILS OF INVESTIGATION

4. On April 27, 2005, an investigation was opened by the Houston Division of the Federal Bureau of Investigation (FBI), after a confidential source provided information regarding the plans of subject RONALD ALLEN GRECULA ("GRECULA") to build bombs to be sold to Al-Qaida or any other group targeting the United States. According to the confidential source ("CS"), the CS and GRECULA became friends while serving time in a prison in Malta. According to the CS, GRECULA was arrested by the FBI in Malta on parental kidnaping charges and later returned to authorities in Pennsylvania. After some time in prison and since his release from jail in March of 2003, GRECULA has been in regular contact with the CS. According to the CS, GRECULA has asked him/her to find someone for whom he could build a large bomb and be paid for it. GRECULA specifically referenced Al-Qaida and Osama Bin Laden, but confided he would be willing to build bombs for other groups who could pay him. According to the CS, GRECULA espouses rhetoric against the United States and is sympathetic to the cause of Al-Qaida. GRECULA advised the CS in detail, beyond the CS' capability to comprehend, how

GRECULA would build a bomb. When the CS called GRECULA to see if GRECULA was serious, GRECULA indicated he would immediately fly anywhere in the world to build a prototype bomb to show potential buyers his capabilities.

According to the CS, GRECULA does not intend to stay in the United States. He wants to travel to Europe in furtherance of his various legal and illegal activities. The CS further advised GRECULA requested the confidential source assist GRECULA in locating a contract killer to murder his ex-wife, who resides near Houston, Texas. GRECULA suggested the murder be committed in a "mysterious way" so as not to draw attention to the fact she was murdered. He suggested carbon monoxide poisoning in her garage or something of a similar nature. GRECULA provided the CS with an email address by which the CS could communicate with GRECULA through the computer. The e-mail address provided by GRECULA was ********@hotmail.com.

5. Your Affiant has confirmed that GRECULA was arrested by the FBI for parental kidnaping and jailed in Malta. Your affiant has further confirmed that the wife of GRECULA, Monique Regine Lopez Grecula, currently resides in the Houston, Texas area. FBI Houston verified that she is a employee Continental Airlines.

6. Your affiant has reviewed a prior FBI interview of GRECULA conducted at or about the time of his arrest on the parental kidnaping charge in 2002. During the interview, GRECULA stated he experiments with alternative fuels and energy. He was educated as a mechanical engineer and has knowledge of welding. GRECULA later stated in a conversation with the CS that all of the components used to make an explosive device can be purchased at a welding supply store and makes reference to using a bottle of hydrogen or oxygen as an explosive device.

7. It has been confirmed through physical surveillance that GRECULA currently resides at 169 Johnsonville Road, Bangor, Pennsylvania, where he has been observed by Special Agents of the Federal Bureau of Investigation, during the week of May 15-19, 2005. In addition, a vehicle registered to GRECULA, a 1990 Geo Prizm, sedan, red in color, bearing Pennsylvania Registration FSN 9726, VIN#1Y1SK7163LZ045900, has been observed parked at 169 Johnsonville Road, in the morning hours and at various times throughout the evening and nighttime hours during the week of May 15-19, 2005. During physical surveillance conducted by Special Agents of the FBI, the only person observed driving this vehicle has been GRECULA.

8. On May 11, 2005, the CS has conducted several consensually monitored telephone calls under supervision of the FBI in Houston to GRECULA and his cell phone where the following exchange of information took place regarding an explosive device:

CS:         ...how much, okay, how much mass, how much mass can you destroy with it?
GRECULA:    Say again.
CS:         How much mass can we destroy with it. How much mass can we destroy with it.
GRECULA:    How much what?
CS:         How much mass? What's the area, what's the area we can destroy with it?

| | |
|---|---|
| GRECULA: | Well it depends on how big, you know, it's, it's, it's capacity, you know, what's put in to the capacity but, uh, a, a one foot diameter device. One foot in diameter. |
| CS: | Um-hum. |
| GRECULA: | One foot. Okay. |
| CS: | Um-hum. |
| GRECULA: | Uh, we'll remove, uh, you'll... Put on Florida, sand and soil ... removes, uh, a twenty foot wide crater, four feet deep, okay. |
| CS: | Um-hum. |
| GRECULA: | And there's no fall out. It vaporizes the dirt into a gas. And, and the... |
| CS: | Okay. |
| GRECULA: | ...the floor of the, the crater is essentially a glass lined. It turns everything into glass like a nuclear bomb. |
| CS: | Um-hum. |
| GRECULA: | And, uh, I would say, you know, you know the size of a hydrogen bottle, right? Or a, or a... |
| CS: | Yeah. |
| GRECULA: | ...oxygen bottle? Okay. |
| CS: | Ahh. |
| GRECULA: | If a device like that was ignited under pressure... there would be nothing within 3,000 feet. Nothing. |

9. On May 15, 2005, a UCA described as a member of a terrorist group referred to GRECULA by CS, made a consensually monitored telephone call to GRECULA, where the following conversation took place:

| | |
|---|---|
| GRECULA: | I have been, yes, I'm what they call a researcher. I have an in-, uh, a background in engineering and I've been working in the area of New Energy Technologies. And some of the energy technologies that I've been working with are what they call exponential. Uh, the energy output is a higher than anything that's known today but it's not as high as straight nuclear. Now nuclear reaction, of course, is more powerful. But this comes the closest to nuclear reactions of any known energy source that's ever been, uh,. |

Later, during the same telephone call, GRECULA and the UCA have the following conversation:

| | |
|---|---|
| UCA: | ...you have, you would have to bring me something. Some, uh, documents so I can show them, uh, to convince that this is something very real not, not something, you know, uh, something that is funny, you understand. |
| GRECULA: | Well the, if it's the technology heretofore has been developed for use in internal combustion engines and turbines and so in, description would have no relativity whatsoever to what your client will want to use it for. |
| UCA: | Yes. |
| GRECULA: | You see. But what, what can't be supplied it some of the chemical, uh, elements, the chemical aspects of it and how it works, you see. The, the interesting thing |

|  |  |
|---|---|
|  | about this technology it's light activated, UV activated. And it, it's, uh, what it is it's hot fusion technology. It's pure fusion. Now these things can be talked about as far as the chemistry and etcetera. The, the photo magnetic chemistry aspects of it because it's an electrical chemical systems. And, uh, it's a matter of making the proper apparatus to contain the gases, and the gases are hydrogen and chlorine and light, and light is used to activate them. And the, the expansion ratio with this gas is extremely high and particle velocities are in excess of 750,000 feet per second. Now mind you if you're talking about a simple explosive like say a military C-4 or, uh, or straight dynamite you find out those particle velocities are under 30,000 feet per second. This stuff exceeds 750,000 feet per second or about 145 miles a second. It is unbelievable stuff. |
| UCA: | Hum. |
| GRECULA: | It's a matter of having the right quantities, handling it in a safe matter and using it accordingly. And, and there's no after effect, no fallout. |
| UCA: | Um-hum. Well, uh, it's, uh, it, it sounds, uh, impressive, yes, what you say... |
| GRECULA: | Yes. |
| UCA: | ...it would work but of course... |
| GRECULA: | You see I could put on a demonstration. You see. |
| UCA: | Can you? |
| GRECULA: | I could put on a demonstration. A small demonstration and show how it works. |
| UCA: | Yeah. Do you have appropriate chemicals to do this? |
| GRECULA: | These chemicals exist all over the world. In any country. They can be purchased, set up and perform. |
| UCA: | So don't need special, uh,... |
| GRECULA: | No.. |
| UCA: | ...special devices? |
| GRECULA: | Most of the stuff comes from a welding supply depot that's the beautiful thing about it. You can go to your local welding supply and, and to other industrial supply places and pick up all the parts and build onsite. You don't need anything. |
| UCA: | I understand. Uh... |
| GRECULA: | You see? That's the nice part of it. There's nothing hi-tech about it. Yet it is hi-tech. |
| UCA: | I understand. Uh, MR., MR. GRECULA, uh, I will talk to my, uh, partners, my bosses and I will, uh, present them with what you've told me. |
| GRECULA: | Tell them that I, they, they should take a chance on, on, on small financing like a trip like that because it's only, it's really the only way to do it. Uh, the least its on paper the better. Uh, although I have much documentation that pertains to the application with engines etcetera. And, and the ironic part of it is that if that were ever developed it would be a thorn in the side of the oil companies. It would scare them to death if, if there was a prototype running around, it was reclaiming it's own fuel, it didn't need to go to the gas pump to buy more, uh, it would be, it would be terroristic to the oil companies. And bring, in my opinion, the oil companies need to be terrorized. |

Later in the same conversation, GRECULA, and the UCA have the following conversation:

| | |
|---|---|
| UCA: | Yes, uh, MR., but CS told me that you don't like America very much, yes. |
| GRECULA: | No not at all. |
| UCA: | Very good, uh... |
| GRECULA: | Uh, America is, is not good to its citizens anymore. |
| UCA: | So, so, uh, uh, because you understand the clients that I have are, are not American. |
| GRECULA: | I understand, yes. |
| UCA: | So if, uh, if I gonna, uh, uh, we gonna do business, uh, selling this, uh, this, uh, invention, this, this item that you are working on, a very powerful item, you say yes? |
| GRECULA: | Yes. |
| UCA: | It, uh, you know, it might be to somebody that it's not, uh, friend of America you understand? |
| GRECULA: | Uh, I could care less. In fact I could tell you one thing about this technology, it is the most powerful energy known to man except for nuclear. It approaches nuclear in it's, uh, capability, you know, say nuclear bombs, you know. |
| UCA: | Yes, yes. |

10. In another consensually monitored telephone call on May, 16, 2005, CS and GRECULA, state the following regarding building an explosive device:

| | |
|---|---|
| GRECULA: | It's made out of local stuff. |
| CS: | Mm-hum. But basically what they'd need in return like you can produce the basics (UI) to show you know what the hell you are doing. |
| GRECULA: | Exactly. And what we have to do is perfect it so after that anybody can make it. You see? So in other words what we do is we conduct the school, a methodology course, here's how it's done, here now, draw up a set of plans and anybody can make it anywhere... You see? |
| CS: | Okay. |
| GRECULA: | And then off they go and it depends, depending on, you know, how big they want it to be. Determine it's size. But, uh, see what I'm trying to find out right now is I, I, I've got a meeting with a chemist and I just came from, um, from a welding supply. |
| CS: | Mm-hum. |
| GRECULA: | And I got the book, the chem-, the book on all the chemistry of all the gases, you know and I'm studying that. |

11. In another consensually monitored telephone call on May 17, 2005, CS and GRECULA had the following conversation:

| | |
|---|---|
| GRECULA: | So, we gotta explain, I want you to be my right-hand man when I got to PARIS. In fact, you, you try to get there at the PARIS air show and try to get these guys to |

|          |   |
|---|---|
| | the PARIS air show. Say look, this guy's got a lot of momentum, he's got a lot of thing going, he knows what he's doing, and the main thing is that he, fucking hates the mother-fucking UNITED STATES government. Okay? |
| CS: | (coughing). Alright, alright. Look what you do. Make sure you do that by 6:00. I just choked on a vitamin UI. |
| GRECULA: | Okay, but don't choke on a vitamin. But listen, there's another thing you know, be sure you tell these guys, you know, I spent time in prison, etc, etc. and I know, I know the ball game, okay. |
| CS: | Oh yeah. I'm gonna let them know that. Let UI my boy and let him know that you are a gangster. Don't mess with you (laughing). |

12. On May 18, 2005, at 6:01 PM, in a consensually monitored telephone call between UCA and GRECULA, GRECULA tells the UCA to call him back at telephone number (610) 588-****. When the UCA calls that number it is answered by GRECULA. GRECULA states that he is in his office and that it is a better line than his cell phone. Physical surveillance places his car at 169 Johnsonville Road, at this time. An open data base search conducted by FBI Investigative Analyst (IA) Jo Ann Pridgen located that telephone number (610) 588-**** is listed to Polysteel Superfoams, located at 169 Johnsonville Road, Bangor, Pennsylvania, 18013. Grecula provided the UCA with the following e-mail address: ********@hotmail.com.

13. On May 20, 2005, at 3:30 AM physical surveillance was conducted by SA Alan R. Jones at 169 Johnsonville Road, Bangor, Pennsylvania. Initially, lights were on in three of the four apartments At approximately 4:20 AM (EST), the lights in the first floor apartments, East side of the building, were turned off. Approximately one minute later, SA Jones observed GRECULA approaching his vehicle from the East side of the building. GRECULA did not exit the building from the main front door. GRECULA opened the trunk to his 1990 Geo Prizm, four door sedan, red in color, bearing Pennsylvania Registration plate FSN 9726, VIN# 1Y1SK7163LZ045900, placed an item in the trunk, closed the trunk and entered the vehicle, which he drove from his residence heading South on Johnsonville Road. At this time your SA Jones approached the front windows to the first floor apartment on the East side of the building and observed that there were no curtains covering the windows. SA Jones could clearly see that the apartment was an office. SA Jones then walked to the South side of the building and observed a back door to the first floor apartment on the East side of the building. SA Jones called the telephone number which was provided to the UCA by GRECULA, that number being (610) 588-7600 and saw a light on the telephone inside the office light up as the telephone started to ring. SA Jones could also hear the telephone ringing from outside the apartment. After several rings an answering machine for Polysteel Betterworld Technologies picked up announcing that there was currently nobody there and instructing the caller to leave a message.

14. After leaving the residence at 169 Johnsonville Road, GRECULA traveled to the Allentown Bethlehem Easton International Airport, where he parked the red Geo Prizm bearing Pennsylvania Registration plate FSN 9726, in the Northern section of Parking lot D, long term parking. GRECULA, dressed in a blue pin stripe suit, white shirt, light blue tie, and brown boots, then entered the Airport where he was surveilled until he boarded Delta Airlines flight 3620 to

Atlanta, Georgia, where he connected with flight Delta Airlines flight 4213 to Houston, Texas.

15. On May 20, 2005, upon arriving in Houston, Texas, FBI Houston surveilled GRECULA in the Bush Intercontinental Airport where he took a cab to AmeriSuites, 300 Ronan Park Place, Houston, Texas. Once he reached the Hotel, he entered room 307 with the intent to conduct a meeting with the UCA. The following information was discussed during the consensual monitored conversation:

Discussion of GRECULA's background:

GRECULA:    I am a pilot myself.
UCA:        Oh, you fly airplanes?
GRECULA:    Not big ones, the small ones.
UCA:        Oh, very good, You have plane too?
GRECULA:    I had three. I lost everything, Thanks to our wonderful judicial laws

As the meeting progressed:

UCA:        Because that's why we have to make sure you don't bring nobody with you to make a surprise for me. You understand, RONALD.
GRECULA:    I would never do that.
UCA:        Because, uh, we have to trust each other.
GRECULA:    The bottom line is this: That my country has taken everything away from me. So, and they have beat me, they have tortured me, they have taken my children away.
UCA:        You were tortured?
            (phone rings)
GRECULA:    Well, mentally.

Continuing in the conversation:

GRECULA:    No, I uh. The thing is this. That, uh, you know the story of SPARTACUS.
UCA:        I, this is, uh.
GRECULA:    Roman history. SPARTACUS.
UCA:        Yes, Uh-huh. I understand.
GRECULA:    He formed an army and he fought against Rome. He was tortured in prison, he was beat up, took his family, killed his friends, etc. So, you could say in a way, I am like a SPARTACUS......Yes, so I'm, in a way, I am like a SPARTACUS. Um, even the American on the street. Everybody is talking. Everybody is going, this is crazy. Uh, nobody is happy anymore. SO, that's it, I have no loyalty for America. Um...
UCA:        We feel the same way. Yes, I understand what they did do a great power of SOVIET UNION.

Information discussing GRECULA's aeronautic background:.

UCA:        Yeah, the hotel I stay, but I , but this is just to meet. Because we don't want to be seen

|  |  |
|---|---|
|  | too much together, you understand. But tell me, you have plane, you had planes you fly. |
| GRECULA: | Yes, I have three airplanes. And I've got a background, of course, in aeronautics. I have been to school for it. Uh, of course in recent years, I've gone to school for special physics, advance physics, energy physics. I had my own business for many, many years. In fact I am going to give you, if it's okay. Now you tell me. I'll give you my resume. |
| UCA: | It's very good, I can take it to my clients and maybe it will convince that you can do those things for us. |

GRECULA explains the potential of the bomb:

|  |  |
|---|---|
| GRECULA: | Well, I have a suitcase full of stuff. Information. Okay, about myself, what I have done, and what we can possibly do. See the thing is though, the area of expertise that you are trying to develop with HYDROGEN CHLORINE is known. It's known and it's been tried. It is proven it works but the safety aspects are unbelievable because, I'll give an example...Um, here... |
| UCA: | That is good. And the police he is going to help me, uh, present all this to our client. This man that's going to come and meet you, yes. Now, RONALD, as I was telling you on the telephone, the people that want to do this explosive, the big bomb, you understand. They don't like America very much. I want you to know that. And you know, I don't it also because I don't like what they did to SOVIET UNION. But you told me that you don't like Americans and you have no problems dealing with my clients, yes. |
| GRECULA: | I don't think so. And. I'll tell you why. If my main interest is to get my children back, from what **** told me, they can do something about that... |
| UCA: | Everything is possible. That's not a very difficult thing. But first we like to , we don't like I said, we don't want to bring right now. Most important for my client is this explosive. you said yes. Is it very strong explosive. |
| GRECULA: | You see this tank right now. This is about this high, about that round. If we had one of those in this room right now filled with HYDROGEN CHLORINE, this hotel wouldn't be here. It would be a crater in the ground. Nothing would be here. |

Discussion of the proposed client who will utilize to bomb against the U.S.:

|  |  |
|---|---|
| UCA: | Now these groups are very dangerous, yes. I told you this and they don't like America. Now, have you hear about AL-QAIDA before? |
| GRECULA: | Yes. |
| UCA: | These are very dangerous people. I don't want to give them just talk. |
| GRECULA: | Right. |
| UCA: | He is a contact. He is affiliated. He works with them. Right. He is part of them. And he handles the. I don't know for sure, he don't tell me details. But I think maybe finances for them, yes..... |
| UCA: | We, yes, of course. This is something we have to discuss much, much further and we |

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | can probably. But right now, my clients are interested with this. |
| GRECULA:   | Understood. |
| UCA:       | And we will. When he comes, we will talk about possibilities maybe help to set some laboratory. |
| GRECULA:   | Okay, we're going to need a laboratory anyway see. And what we can do is on one hand we can have a very public. Not public. But speakable, describable research (UI). On the other hand...nothing. You see. This helps that. So, you can be going two directions at once and nobody knows it. That's what I was thinking, okay. What I brought you was information which directs what I have done in the past, okay. And what I can do from my standpoint of my own engineering ability. Which is not perfect, but I can draw from the best. I can draw from top scientists, physicist, engineers all over the world. Who have worked for me in the past. I can go back to them and say I have an assignment for you. I will pay you consultant fees. I get the best and I got the best people. It's unbelievable the people I've got. |
| UCA:       | But they don't know about the explosive? |
| GRECULA:   | No. |
| UCA:       | The bomb? |
| GRECULA:   | And they can even work on it and not even know they work on it. |
| UCA:       | Uh-huh. Because we have to keep that secret, you understand. |
| GRECULA:   | Absolutely. So you see, everything we need is in here except. I'll just show you quickly. |
| UCA:       | But when my colleague come, okay. I want you to show whatever you can do. Tell him. |
| GRECULA:   | Okay, bring him over. |
| UCA:       | But you understand. We want to make. He wants to make sure that you are serious person. That you not, that if we gonna have to make this that you not going to change mind. You know. |
| GRECULA:   | Yeah, right. |
| UCA:       | But you say because you don't want to tell, for you to tell anybody. You have to keep it very secret. |
| GRECULA:   | Well, let's put it this way. If you can't trust me. (makes noise with mouth like a gunshot). I know. You can't run away |
| UCA:       | Because, these are really. AL-QAIDA is very, they're very serious people. |
| GRECULA:   | I know, I know. |
| UCA:       | And you know, they don't like Americans, you know. They want to use this against Americans, you understand that. |
| GRECULA:   | In my opinion. Can you tell me your full name? |
| UCA:       | Well, VANYA, for now. We will have many contacts. We will go to Europe together |
| GRECULA:   | VANYA, let me say this about Americans, okay. I feel sorry for the good citizens that are the farmers, the store shop owners. There are good Americans out there. But this government is the most wicked and worst it has ever been. Never been worst. And you know what they want. They want one world government. They want a one world order...Well, they want to put democracies right in the middle of Islam. Now, Islam, democracy's okay, if they are run right, they are fine. And it's no reason that IRAQ or IRAN, if they wanted it to be a democracy, couldn't do their own democracy. |

|          |                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
|----------|---|
|          | They don't need us to do a democracy. All we're doing, you know the UNITED STATES is power, power. And they got in there, they forced their way in because SADDAM HUSSEIN was an idiot. They got him out. He was an idiot. I mean he didn't play it smart. If I were in his shoes, I wouldn't play it like that. And as it is America has now put it's footprint into a holy place, MECCA. Bad, bad, very bad situation. America is going to pay for that. Oh, yeah! |
| UCA:     | And uh. Well, my friend want this to be very secure, so when you meet him, please don't tell anybody that you met this man. |
| GRECULA: | Absolutely not. |
| UCA:     | Because he is AL-QAIDA and he is the man here in America. |
| GRECULA: | It would be a pleasure for me to meet him. |
| UCA:     | Very good. I will get him. Well, we can discuss everything in detail. Please show him how it works too. |
| GRECULA: | I will... |

UCA receives a call verifying that the Al-Qaida representative (UCO) will be attending the meeting momentarily.

| UCA:     | (UI) Yes, please. Yes, we are here with the gentleman. Yes, Uh-huh. Yes, very good. Okay, thank you. Bye-bye. He was few minutes. Now, do you have problem traveling overseas? To different countries? |
|----------|---|
| GRECULA: | No problem. |
| UCA:     | Because, if my friend here, he think it make good idea for you to meet maybe other people, Maybe we pay for you and you can meet maybe PAKISTAN, maybe EUROPE, maybe other area, maybe INDONESIA. To some Islamic country. Where we can operate safely. yes. |
| GRECULA: | Yeah, definitely. |
| UCA:     | You have no problem traveling. |
| GRECULA: | No problem. No. In fact, I have been traveling for many years. For about twenty years, I have been traveling throughout EUROPE, MEXICO, CANADA, AFRICA, LEBANON, MALTA. |

UCO enters the room and is introduced to GRECULA:

| UCA:     | This is RONALD GRECULA. |
|----------|---|
| UCO:     | How you doing? |
| GRECULA: | Last name GRECULA. |
| UCO:     | How are you? |
| GRECULA: | Fine. |
| UCO:     | Can I sit down right here? |
| GRECULA: | By all means, yes. (UI) |
| UCA:     | Everything secure. No problem |
| UCO:     | No problem. |
| UCA:     | Very good.. |
| UCO:     | Everything's good. So, tell me about yourself RON. |

| | |
|---|---|
| GRECULA: | Okay, (UI) I'm sorry what was your name again? First name? |
| UCO: | Let's not say any names right now. |
| GRECULA: | It's (UI) Alright GEORGE. |
| UCO: | It's not important right now. |
| GRECULA: | George, alright. Uh, I have a technology where I think you might be interested in. And it's basically stuff that can be built out of a hardware store. I am in a situation where, as I was just saying to him. If you know the story of SPARTACUS, he formed an army and he went against his own country. He went to war with his own country. Because his country was corrupt and beyond any state of repair. And we know ROME was so bad in those days that when CONSTANTINE became an emperor he moved it from ROME, he went to CONSTANTINOPLE. (UI) The UNITED STATES is interested in only one thing and that's one world government. And their footprint is going to be put everywhere on the earth and dominate the whole planet as much as they can. Now, I don't want to get involved in a war against AMERICA. What I want to do is for me to get my children back. And if you are willing to help me get my children back. I am willing to help you with other things which might be beneficial for your situation. I have no loyalty to AMERICA whatsoever... |
| UCO: | Before we go any further, RONALD. You have met VANYA, right. |
| GRECULA: | Yes. |
| UCO: | Has he told you about me at all? |
| GRECULA: | Basically, that you were connected. |
| UCO: | Okay. Do you know who I am ? Never heard of me? |
| GRECULA: | No. |
| UCO: | Okay. Do you know who I work for? |
| GRECULA: | Ah, he's hinted. |
| UCO: | Okay, what has he told you about me? |
| GRECULA: | That you were involved and connected with AL-QAIDA. |
| UCO: | Okay. And you know what we're about? |
| GRECULA: | Sure do. |
| UCO: | Okay. We don't like Americans just like you don't like Americans also. Okay. All we are interested in is to kill a bunch of Americans. Are you okay with that? |
| GRECULA: | I can stand it. |
| UCO: | Can you live with it? |
| GRECULA: | Yeah... |
| UCO: | Can this blow up a building like this and kill a bunch of Americans? |
| GRECULA: | Oh, it could do it easy. |
| UCO: | No problem? |
| GRECULA: | I am sorry to say, too easy, yes. |
| UCO: | It's too easy for you? |
| GRECULA: | It's not easy to do. It's not easy to build at this point. It is very easy once it gets going. Once you act and get started. This building wouldn't be here, there would a crater in the ground. If there was a canister this size, okay. One of these right here, you can take one of these right here. This building would not be standing anymore. |
| UCO: | That is what we are interested in. |
| UCA: | How about like a AMERICAN EMBASSY in like, maybe in ENGLAND or. What |

|  |  |
|---|---|
| | would happen to that? A building like that. |
| GRECULA: | If you can get close enough, yeah, it's gone. It's gone. You know like the what, what's his name did at the Federal Building in where was that OKLAHOMA. |
| UCO: | Uh-huh. |
| UCA: | Yeah, I heard about this. |
| GRECULA: | There was half the building was blown away. Not the whole thing. With this type of technology the whole building is gone. |
| UCO: | Alright, RONALD. What I am going to do is talk to my people, okay. And then we will be in contact with you. |
| GRECULA: | Anything else you want to know from me? |
| UCO: | Not right now. We are going to have several meetings after this |
| GRECULA: | Okay. |
| UCO: | But first we have to check you out, first, okay. |
| GRECULA: | Yeah, you can find out everything (UI) You'll find out. |
| UCO: | Let's not say anymore right now. I am going to leave and contact my people. |
| GRECULA: | Okay. |
| UCO: | We'll be in touch. |
| UCA: | We will talk some more. But (UI, lots of rustling and movement) |
| UCO: | We'll meet again. |
| | (UI, more rustling, music playing) |

UCO departs the hotel room, and UCA and GRECULA continue speaking:

|  |  |
|---|---|
| UCA: | Yes, uh, it's very secret. If you don't want to you understand, for obvious, yes, reasons. |
| GRECULA: | Yes. |
| UCA: | But I think he was interested. I think he was interested. |
| GRECULA: | Well, of course I don't like how ya'll are killing Americans, but AMERICA has asked for it. They asked for it. So, they want a war, they got it. Their problem, okay. |
| UCA: | That's what they do. You understand. They like, they hate Americans and they want to kill them. And they feel that you can construct something to help them. |
| GRECULA: | That'll do it. That'll do it. Absolutely, that will do it. |

    16. Following the departure of the UCO, the UCA and GRECULA traveled to a welding store and viewed supplies needed in the production of a bomb and then to lunch. At the conclusion of lunch, GRECULA was arrested when he accompanied the UCA back to the AmeriSuites.

    17. On confirmation that GRECULA had been arrested in Houston, Texas, SA Jones executed a search warrant of the premises located at 169 Johnsonville Road, Bangor, Pennsylvania determined to be GRECULA's residence during surveillance operations. Upon completion of the search several items were found including Lithium Nitrate and a Mercury Switch that could be used to trigger an explosive device.

    18. Based upon the above, the undersigned Affiant believes that there is probable cause to

believe that RONALD ALLEN GRECULA committed crimes in violation of Title 18, United States Code Section 2339B.

                                             Lisa R. Baldwin, Special Agent
                                             Federal Bureau of Investigation

Sworn to before me this __21st__ day of May, 2005, and I find probable cause.

_____
NANCY K. JOHNSON
UNITED STATES MAGISTRATE JUDGE