

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | |
| RONALD ALLEN GRECULA, SR. § § § | CRIMINAL NO. CR-H-05-257 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### I. Introduction

At all times material to this indictment:

1. On October 8, 1999, Al-Qaeda was designated by the Secretary of State as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, and has been re-designated every two years thereafter.

### COUNT ONE

Beginning on or about April 27, 2005, and continuing to May 20, 2005, in the Southern District of Texas and elsewhere, and within the jurisdiction of this Court, the defendant,

**RONALD ALLEN GRECULA, SR.,**

did knowingly attempt to provide material support or resources to a designated foreign terrorist organization, namely; Al -Qaeda.

In violation of Title 18, United States Code, Sections 2339B and 2.

1

A TRUE BILL:

FOREPERSON, GRAND JURY

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: _____
Jeff Vaden
Assistant United States Attorney
(713) 567-9340