UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **United States of America,** | § | |
| | § | |
| **Plaintiff,** | § | |
| VS. | § | CR. NO. H-05-0257 |
| | § | |
| **Ronald Allen Grecula,** | § | |
| | § | |
| **Defendant.** | § | |

## MEMORANDUM AND ORDER

Defendant Ronald Allen Grecula has filed a request, pursuant to FED. R. EVID. 404(b), for timely pretrial notice of all evidence that the United States intends to offer at trial. Rule 404(b) provides that, "upon request by the accused, the prosecution in a criminal case shall provide reasonable notice in advance of trial . . . of the general nature of . . . evidence [of other crimes, wrongs, or acts that] it intends to introduce at trial." Defendant's motion is therefore **GRANTED**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 20th day of October, 2005.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.